United States District Court
Southern District of Texas
**ENTERED**
August 28, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Sonia V Amaro, | § | |
| Plaintiff | § | |
| v. | § | Civil Action No. H-26-3341 |
| Markwayne Mullin, *et. al.*, | § | |
| Defendants. | § | |

**ORDER**

Pursuant to the Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) filed on August 27, 2026, the above referenced case is hereby dismissed without prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 28 day of August, 2026.

DAVID HITTNER
United States District Judge